United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>3B ENTERPRISES, LLC,<br><br>Defendant. | Case No. 19-cv-06603-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 19 |

The Court has reviewed Magistrate Judge Sallie Kim's report and recommendation for entry of a default judgment on plaintiffs' motion. Dkt. No. 19. The report and recommendation was filed on May 8, 2020. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court adopts the well-reasoned report, and will enter a separate default judgment in plaintiffs' favor in the amount of $1,369,902.72. This amount will be allocated to unpaid contributions, liquidated damages, interest, attorney fees, and costs, as indicated in the report.

**IT IS SO ORDERED.**

Dated: May 26, 2020

JAMES DONATO
United States District Judge